Form nhrg

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re:     Timothy R Cole and Bonnie A Cole
            Debtor

Case No.: 3:07−bk−14809
Chapter: 7
Judge: Audrey R. Evans

PLEASE TAKE NOTICE that a hearing will be held at

Federal Building, 615 S. Main Street, Jonesboro, AR 72401

on 11/7/07 at 10:00 AM

to consider and act upon the following:

*7* − Reaffirmation Agreement Between Debtor and AMERICAN HONDA FINANCE CORPORATION With Declaration of Attorney Filed by Creditor American Honda Finance Corporation (Sharp, Lisa)

Attorneys are directed to contact the Courtroom Deputy at least 2 working days prior to hearing if this matter will require more than 15 minutes to be heard.

HEARINGS INVOLVING A REQUEST TO MODIFY THE STAY:
For compelling reasons, the Court hereby orders that the automatic stay shall remain in effect pending the outcome of the above−scheduled hearing, in accordance with 11 U.S.C. §362(e).

Dated: 10/18/07

                                                     Jean Rolfs, Clerk
                                                    By:
                                                    Mary Beth Mansfield
                                                    Deputy Clerk